RECEIVED IN
The Court of Appeals
Sixth District

MAY 0 4 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAY 0 4 2015

Texarkana, Texas
Debra K. Autrey, Clerk

NO. 06-14-00107-CV

| IN THE INTEREST OF | § | IN THE |
| | § | |
| A.R.H. | § | SIXTH APPELLATE DISTRICT |
| | § | |
| A CHILD | § | COURT OF APPEALS |

## MOTION TO DISMISS APPEAL

## TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes KENNETH SCOTT BAXLEY, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.

Respectfully submitted,

Kenneth Scott Baxley
Post Office Box 781
Paris, Texas 75460
Tel: (903) 517-8160
Fax: (903) 454-4428

By: _____
KENNETH SCOTT BAXLEY
Appellant

## CERTIFICATE OF SERVICE

This is to certify that on May 1, 2015, a true and correct copy of the above and foregoing document was served on James Rodgers, Attorney for Appellee, by fax to 903-783-0042.

_____
Kenneth Scott Baxley

**STATE OF TEXAS** §

§

**COUNTY OF LAMAR** §

## AFFIDAVIT

**BEFORE ME,** the undersigned authority, on this day personally appeared KENNETH SCOTT BAXLEY, who after being duly sworn stated:

"I am the appellant in the above-entitled and numbered cause. I have read the foregoing Motion to Dismiss Appeal and swear that all of the allegations of fact contained therein are true and correct."

_____

KENNETH SCOTT BAXLEY

Appellant

**SUBSCRIBED AND SWORN TO BEFORE ME** on May 1, 2015, to certify which witness my hand and seal of office.

SHERRILL BROOKS
Notary Public
STATE OF TEXAS
My Comm. Exp. Jan. 12, 2019

_____

Notary Public, State of Texas